May Term,
1858.

GROVES
v.
SEELEY.

*Saturday May 29.*

---

GROVES *v.* SEELEY.

APPEAL from the *Hamilton* Court of Common Pleas. *Saturday, May 29.*

*Per Curiam.*—Suit commenced before a justice of the peace. Judgment for the plaintiff. Appeal to the Common Pleas. Judgment there for the defendant.

The controversy in this Court is upon the taxation of costs in the Common Pleas. The plaintiff is not satisfied with it. As he lost his case, he was bound, nothing appearing to show to the contrary, to pay all costs in the Common Pleas and before the justice. But it appears the defendant obtained one continuance in the Common Pleas, which the Court granted at his cost. The defendant, therefore, was bound to pay the costs taxed upon that continuance, the plaintiff the rest.

May Term,    We think the plaintiff has no ground to complain of the
1858.    taxation made.

M'CULLOUGH    The judgment is affirmed with costs.
v.
THE STATE.    *D. Moss*, for the appellant.

*G. H. Voss*, for the appellee.